**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1243**

---

BEVERLY F. KETRON,

                              Plaintiff - Appellant,

       versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, District
Judge.  (CA-97-86-B)

---

Submitted:  August 24, 1999          Decided:  September 2, 1999

---

Before ERVIN, WILLIAMS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Erick A. Bowman, Joseph E. Wolfe, WOLFE & FARMER, Norton, Virginia,
for Appellant.  James A. Winn, Chief Counsel, Patricia M. Smith,
Deputy Chief Counsel, Eda L. Giusti, Assistant Regional Counsel,
Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION,
Philadelphia, Pennsylvania; Robert P. Crouch, Jr., United States
Attorney, John F. Cochran, Assistant United States Attorney,
Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Beverly Ketron appeals the district court's order accepting the magistrate judge's recommendation to grant summary judgment in favor of the Commissioner of Social Security on Ketron's claim for disability insurance benefits.  Having reviewed the briefs and the administrative record, we find that substantial evidence supported the Administrative Law Judge's decision denying benefits.  Accordingly, we affirm on the reasoning of the district court. See Ketron v. Apfel, No. 97-86-B (W.D. Va. Jan. 4, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED